**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MATTHEW GREENLEE, individually and on behalf of all similarly-situated individuals, | : : : | CIVIL ACTION NO.: 3:25-cv-17771 |
| *Plaintiff,* | : : | |
| v. | : : | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF** |
| LAWYER.COM, INC. | : | **CIVIL PROCEDURE 41(a)(1)(A)** |
| *Defendant.* | : : : : | |

Pursuant to Rule 41(a)(1)(A),  Plaintiff Matthew Greenlee, by and through his undersigned counsel, respectfully gives notice that the above-entitled action is voluntarily dismissed as to all parties, **WITHOUT PREJUDICE.**

Dated:  December 11, 2025                    Respectfully submitted,


                                                            **GOODLEY MCCARTHY LLC**

                                        **By:**    */s/ James E. Goodley*
                                                            JAMES E. GOODLEY, ESQUIRE
                                                            RYAN P. MCCARTHY, ESQUIRE
                                                            1650 Market Street, Suite 3600
                                                            Philadelphia, PA 19103
                                                            (215) 394-0541
                                                            james@gmlaborlaw.com
                                                            ryan@gmlaborlaw.com

                                                            **MORGAN ROOKS, P.C.**
                                                            FRANKLIN R. ROOKS JR., ESQUIRE
                                                            525 Route 73 North, Suite 104
                                                            Marlton, NJ 08053
                                                            (856) 874-8999
                                                            fjrooks@morganrooks.com

                                                            *Attorneys for Plaintiff and the Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MATTHEW GREENLEE, individually and on behalf of all similarly-situated individuals, | : : : | CIVIL ACTION NO.: 3:25-cv-17771 |
| *Plaintiff,* | : : | |
| v. | : : | |
| LAWYER.COM, INC. | : : | |
| *Defendant.* | : : : | |

**CERTIFICATE OF SERVICE**

I, James E. Goodley, hereby certify that on December 11, 2025, a copy of the attached *Notice of Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)* was served upon Defendant via first class mail and Defendant's counsel via email to the address/email address below:

Lawyer.com
25Mountainview Blvd #206
Basking Ridge, NJ 07920

*Defendant*

Christian E. Samay, Esq.
Christiansamay@gmail.com

*Counsel for Defendant*

By:    */s/ James E. Goodley*
        JAMES E. GOODLEY